# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TANNER CROOK,                                                                                 PLAINTIFF
ADC #660328

v.                                             4:19CV00382-BRW-JTK

JODY WOODS, et al.                                                    DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER this case to the Western District of Arkansas, Fayetteville Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Suite 510, Fayetteville, AR 72701-5354.

IT IS SO ORDERED this 12th day of June, 2019.

                                                                          Billy Roy Wilson_____
                                                                          UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.